IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | **I N D I C T M E N T** |
| ) | |
| Plaintiff,        ) | **1 : 19  CR  249** |
| ) | |
| v.        ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| KEVIN W. WALKER,        ) | Sections 111(a) and (b), |
| ) | 922(g)(1), and 924(a)(2) |
| Defendant.        ) | |

JUDGE BOYKO

### COUNT 1
(Assault of a Federal Officer, 18 U.S.C. §§ 111(a) and (b))

The Grand Jury charges:

1.      On or about March 6, 2019, in the Northern District of Ohio, Eastern Division,
Defendant KEVIN W. WALKER did intentionally and forcibly assault, resist, oppose, impede,
intimidate, and interfere with Task Force Officer Holdeman, an individual designated in Title 18,
United States Code, Section 1114, while said officer was engaged in the performance of his
official duties as a Task Force Officer with the United States Marshals Service, and in doing so,
did use a dangerous weapon, to wit, an automobile, and did inflict bodily injury, in violation of
Title 18, United States Code, Sections 111(a) and (b).

### COUNT 2
(Assault of a Federal Officer, 18 U.S.C. §§ 111(a) and (b))

The Grand Jury further charges:

2.      On or about March 6, 2019, in the Northern District of Ohio, Eastern Division,
Defendant KEVIN W. WALKER did intentionally and forcibly assault, resist, oppose, impede,
intimidate, and interfere with Task Force Officer Martin, an individual designated in Title 18,
United States Code, Section 1114, while said officer was engaged in the performance of his

official duties, and in doing so, did use a dangerous weapon, to wit, an automobile, and did

inflict bodily injury, in violation of Title 18, United States Code, Sections 111(a) and (b).

COUNT 3
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

3.      On or about March 6, 2009, in the Northern District of Ohio, Eastern Division,

Defendant KEVIN W. WALKER, having been previously convicted of crimes punishable by

imprisonment for a term exceeding one year, that being:  Aggravated Assault, on or about

August 26, 2015, in case number CR-15-594763, in the Court of Common Pleas, Cuyahoga

County, Ohio, and Domestic Violence, on or about July 8, 2010, in case number CR-10-534265,

in the Court of Common Pleas, Cuyahoga County, Ohio, did knowingly possess in and affecting

interstate commerce, a firearm, to wit: a Taurus, Model PT 111 Pro, 9mm caliber semi-automatic

handgun, serial number TCX52744, and ammunition, said firearm and ammunition having been

shipped and transported in interstate commerce, in violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.